FOR PUBLICATION

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN
## APPELLATE DIVISION

| | |
|---|---|
| GOVERNMENT OF THE VIRGIN ISLANDS ) | D.C. Crim. App. No. 2004-130 |
| *Appellant*, ) | |
| ) | Super. Ct. Crim. No. F97/04 |
| v. ) | |
| ) | |
| GREGORY WILLIAMS and ) | |
| CLEMENT CONNOR ) | |
| ) | |
| *Appellees*. ) | |

On Appeal from the Superior Court of the Virgin Islands

Considered: February 29, 2008
Filed: May 19, 2008

BEFORE: **CURTIS V. GÓMEZ**, Chief Judge of the District Court of the Virgin Islands; **RAYMOND FINCH**, Judge of the District Court of the Virgin Islands; and **JULIO A. BRADY**, Judge of the Superior Court, Division of St. Croix, sitting by designation.

ATTORNEYS:

**Maureen Phelan, AAG**
St. Thomas, U.S.V.I.
    *For the Appellant.*

**Andrew L. Capdeville, Esq.**
St. Thomas, U.S.V.I.
    *For Appellee Gregory Williams.*

**Leonard Bernard Francis, Esq.**
St. Thomas, U.S.V.I.
    *For Appellee Clement Connor.*

*Gov't of the Virgin Islands v. Williams, et al.*
D.C. Crim. App. No. 2004-130
Judgment
Page 2

## JUDGMENT

**PER CURIAM,**

For the reasons given in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the June 17, 2004, order of the Superior Court is **VACATED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Superior Court for action consistent with the judgment of this Court.

**DATED: May 19, 2008**

copies to:     Honorable Curtis V. Gómez
               Honorable Raymond L. Finch
               Honorable Julio A. Brady

               Honorable Geoffrey W. Barnard
               Honorable George W. Cannon

               Maureen Phelan, AAG
               Andrew L. Capdeville, Esq.
               Leonard Bernard Francis, Esq.

               St. Thomas Law Clerks
               St. Croix Law Clerks
               Cicely Francis
               Nydia Hess
               Kim Bonelli
               Olga Schneider
               Gregory F. Laufer